IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICIA ANDERSON,

    Plaintiff,

VS.                                    NO. 04-2493-MaP

ABM INDUSTRIES, INC., a/k/a
AMERICAN BUILDING MAINTENANCE
COMPANY OF GEORGIA,

    Defendant.

---

ORDER DENYING MOTION FOR ORAL ARGUMENT

---

Before the court is defendant's September 16, 2005, motion for oral hearing on its motion for summary judgment. The court finds that the motion is not well taken, and it is denied. At such time as oral argument would assist the court, the court will request it.

It is so ORDERED this 27th day of September, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02493 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Ted I. Jones
LAW OFFICES OF TED I. JONES
100 N. Main Street
Ste. 1928
Memphis, TN 38103

Ronald G Polly
HAWKINS & PARNELL LLP
4000 Suntrust Plaza
303 Peachtree St. N.E.
Atlanta, GA 30308--324

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT