IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 AM 6: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| PATRICIA ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-2493 Ma/P |
| ABM INDUSTRIES, INC., a/k/a | ) | |
| AMERICAN BUILDING MAINTENANCE CO. | ) | |
| OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER TO SHOW CAUSE

Before the court is the September 16, 2005, motion for summary judgment by Defendant ABM Industries, Inc. The record does not show that Plaintiff Patricia Anderson has responded to Defendant's motion, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 31st day of October 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

13

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02493 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Ronald G Polly
HAWKINS & PARNELL LLP
4000 Suntrust Plaza
303 Peachtree St. N.E.
Atlanta, GA 30308--324

Ted I. Jones
LAW OFFICES OF TED I. JONES
100 N. Main Street
Ste. 1928
Memphis, TN 38103

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT