FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 19 PM 3:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PATRICIA ANDERSON,

    Plaintiff,

VS.                                                         NO. 04-2493-MaP

ABM INDUSTRIES, INC., a/k/a
AMERICAN BUILDING MAINTENANCE
COMPANY OF GEORGIA,

    Defendant.

---

### ORDER OF DISMISSAL

---

    The parties have submitted a "Stipulation of Dismissal With Prejudice" in this matter indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs.

    Entered this 19th day of December, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-19-05

/5

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02493 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Ted I. Jones
LAW OFFICES OF TED I. JONES
100 N. Main Street
Ste. 1928
Memphis, TN 38103

Ronald G Polly
HAWKINS & PARNELL LLP
4000 Suntrust Plaza
303 Peachtree St. N.E.
Atlanta, GA 30308--324

Honorable Samuel Mays
US DISTRICT COURT